# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2016

*The Court of Appeals hereby passes the following order*

**A16D0424. DILCIA J. DUPREY v. GTM 21 ENTERPRISES.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16101754



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 23, 2016.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*